NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: POLARIS EXECUTIVE CENTER, LLC, DBA GENESIS VILLAGE,
*Appellant*

———————————

### 2022-1119

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88624647.

———————————

## JUDGMENT

———————————

ARNOLD BRAUN, Law Department, Medical Diagnostic Laboratories, Hamilton, NJ, argued for appellant Polaris Executive Center, LLC.

BENJAMIN T. HICKMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by THOMAS L. CASAGRANDE, CHRISTINA J. HIEBER, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 17, 2023          /s/ Peter R. Marksteiner
        Date              Peter R. Marksteiner
                          Clerk of Court